# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ORCHARD SUPPLY COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>PACPLAZA PROPERTIES, LP; VOLNY CONSTRUCTION, INC.; RUTLEDGE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; and MORRIS & GARRITANO INSURANCE AGENCY, INC;<br><br>Defendants. | Case No.: CV 18-2567-DMG (MRWx)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) [14]** |

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety, with prejudice.

DATED: August 13, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE